FILED

2008 JUN 24 PM 2:16

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY T. MARSHALL,<br><br>               Plaintiff,<br><br>v.<br><br>SERGEANT RAIN; (MS. PETERSON, (RN); MR. WILLIAMS (MTA); DONOVAN CORRECTIONAL FACILITY MEDICAL STAFF, ET AL; John & Jane Does 1-10,,<br><br>               Defendants. | 04CV0403-L (WMc)<br><br>STIPULATED PROTECTIVE ORDER |

    Plaintiff (*pro se*) and defendants Peterson, Williams, and Cobb (by and through their attorneys of record) hereby stipulate, as evidenced by their signatures below, to the following protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure for use of Plaintiff's prison medical records (for the period from May 2007 to the present). Based on this stipulation and good cause appearing therefor:

**IT IS HEREBY ORDERED:**

    1. The term "MEDICAL RECORDS" used in this order applies to any medical records documenting any and all medical care, evaluations, diagnoses, tests, treatment, prescriptions, or other medical procedures pertaining to Plaintiff Roy T. Marshall (California Department of Corrections and Rehabilitation inmate No. C70254) for the period from May 2007 to the present.

Case No. 04CV0403-L (WMc)

1

2. Defendants are hereby granted the right, upon compliance with applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of this Court, to obtain such MEDICAL RECORDS from the California Department of Corrections and Rehabilitation, and from any other entity or person that may have custody or control of these records.

3. This order authorizes the California Department of Corrections and Rehabilitation, or any other third party who is provided with a subpoena requesting the production of Plaintiff's MEDICAL RECORDS, to disclose the MEDICAL RECORDS in response to such subpoena. This order is intended to authorize such disclosures under the privacy regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996. 45 C.F.R. § 164.512(e)(1)(i).

4. Defendants are expressly prohibited from using or disclosing the MEDICAL RECORDS obtained pursuant to this order for any purpose other than the evaluation of Plaintiff's claims and the development and preparation of Defendants' defenses in the present action.

5. Such permitted use includes disclosure of Plaintiff's MEDICAL RECORDS to the following described persons or entities in the course of this action:

a) Defendants' attorneys of record in this action, and members of the paralegal, secretarial, and clerical staff employed or retained by Defendants' attorneys of record and assisting in connection with this action.

b) Members of the data entry and data processing staff employed or retained by Defendants' attorneys of record and assisting in the development or use of data retrieval systems in connection with this action.

c) Court reporters employed by a party holding depositions to transcribe the testimony produced in any depositions necessitated by this action.

d) Expert witnesses retained by the parties either for consultation in the course of preparation of their claims or defenses for trial and/or for use by such expert witnesses in the preparation of their testimony for deposition or trial.

e) Those members of the California Department of Corrections and Rehabilitation (including said agency's Staff Attorneys assigned to handle this litigation) and/or other State agencies, entities, or officials who must be consulted on settlement offers or negotiations.

1  f) Witnesses (including Plaintiff's treating physicians and other treating health care
2  providers) who may be called upon at deposition or trial to offer testimony as to events, issues, or
3  expert opinions related to the care Plaintiff has received in prison and related to any claims of
4  injuries or damages Plaintiff may try to present in this case.

5  g) Those personnel employed by copy services and exhibit production service companies
6  that may be hired by Defendants' counsel to duplicate documents and/or to prepare trial exhibits
7  in this action.

8  h) Jury Consultants hired by Defendants to assist in the trial of this matter.

9  6. At the conclusion of this action (which will be the point at which a final judgment has
10 been rendered and all appellate avenues of relief by any parties have been exhausted), Defendants
11 and their attorneys of record are ordered to either 1) return Plaintiff's MEDICAL RECORDS to
12 the California Department of Corrections and Rehabilitation or to any other entities from whom
13 the MEDICAL RECORDS have been obtained pursuant to this order, or 2) destroy the
14 MEDICAL RECORDS (including all copies made).

15 IT IS SO STIPULATED BY THE PARTIES BELOW:

16 Dated: _____

_____
ROY T. MARSHALL, Plaintiff (*Pro Se*)

17 Dated: June 5, 2008

EDMUND G. BROWN JR.
18 Attorney General of the State of California
KRISTIN G. HOGUE
19 Supervising Deputy Attorney General

20 *Douglas E. Baxter*
DOUGLAS E. BAXTER
21 Deputy Attorney General
For Defendants
22

23 IT IS SO ORDERED:

24 Dated: _____

25

26 _____
Hon. William McCurine, Jr.
27 United States Magistrate Judge
United States District Court
28

Case No. 04CV0403-L (WMc)

JUN-05-2008 THU 11:30 AM DEPT OF JUSTICE ATTYGEN    FAX NO. 6196452012    P. 05

1  f) Witnesses (including Plaintiff's treating physicians and other treating health care
2  providers) who may be called upon at deposition or trial to offer testimony as to events, issues, or
3  expert opinions related to the care Plaintiff has received in prison and related to any claims of
4  injuries or damages Plaintiff may try to present in this case.
5  g) Those personnel employed by copy services and exhibit production service companies
6  that may be hired by Defendants' counsel to duplicate documents and/or to prepare trial exhibits
7  in this action.
8  h) Jury Consultants hired by Defendants to assist in the trial of this matter.
9  6. At the conclusion of this action (which will be the point at which a final judgment has
10 been rendered and all appellate avenues of relief by any parties have been exhausted), Defendants
11 and their attorneys of record are ordered to either 1) return Plaintiff's MEDICAL RECORDS to
12 the California Department of Corrections and Rehabilitation or to any other entities from whom
13 the MEDICAL RECORDS have been obtained pursuant to this order, or 2) destroy the
14 MEDICAL RECORDS (including all copies made).
15 IT IS SO STIPULATED BY THE PARTIES BELOW:
16 Dated: JUNE 10, 2008        _Roy T. Marshall_
                               ROY T. MARSHALL, Plaintiff (*Pro Se*)
17 Dated: June 5, 2008
                               EDMUND G. BROWN JR.
18                             Attorney General of the State of California
                               KRISTIN G. HOGUE
19                             Supervising Deputy Attorney General

20                             _Douglas S. Baxter_
                               DOUGLAS E. BAXTER
21                             Deputy Attorney General
                               For Defendants
22

23 IT IS SO ORDERED:
24 Dated: 6/23/08              _WMc_
25
26 _____
   Hon. William McCurine, Jr.
27 United States Magistrate Judge
   United States District Court
28

Case No. 04CV0403-L (WMc)